**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**CITIZENS INSURANCE CO.,**

                   **Plaintiff,**

       **vs.**

**LEADER ELECTRIC WIRE AND**
**CABLE CO.,**

                   **Defendant.**

_____/

**CASE NO. 05-71780**

**DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**

**ORDER OF DISMISSAL**

On November 2, 2005, the court entered an Order to Show Cause why the case should not be dismissed for lack of progress in accordance with Local Rule 41.2.  Plaintiff having failed to respond in writing or otherwise show good cause why this action should not be dismissed for lack of progress pursuant to Local Rule 41.2:

Accordingly,

**IT IS ORDERED** that the above-captioned action is hereby **DISMISSED** without prejudice for lack of progress.

                  s/ DENISE PAGE HOOD_____
                 DENISE PAGE HOOD
                 UNITED STATES DISTRICT JUDGE

Dated: November 30, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2005, by electronic and/or ordinary mail.

                 s/William F. Lewis_____
                 Case Manager